NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:02-cr-00104-JDR |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION OF THE UNITED** |
| vs. ) | **STATES TO DISMISS** |
| ) | **COMPLAINT AND QUASH** |
| SOMCHANH BANDITH, ) | **ARREST WARRANT** |
| ) | |
| Defendants. ) | |

The United States files with the court a Motion to Dismiss the charges pursuant to Fed. R. Crim. P. 48(a) without prejudice in the above captioned case.

//

//

The government further requests that the outstanding arrest warrant be quashed.

RESPECTFULLY SUBMITTED this 31st day of July 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Karen L. Loeffler
KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov