IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00104-JDR |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **MOTION OF THE UNITED** |
| vs. | ) | **STATES TO DISMISS** |
| | ) | **INFORMATION AND** |
| SOMCHANH BANDITH, | ) | **QUASH ARREST** |
| | ) | **WARRANT** |
| Defendant. | ) | |
| | ) | |

Having considered the Government's Motion to Dismiss Information and Quash Arrest Warrant filed in the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this 6th day of August, 2007, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE