**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )   Case No. 3:02-cr-00104-JDR
v.                           )
                             )
SOMCHANH BANDITH,            )
                             )
        Defendant.           )
_____)
```

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __XX__ The court has granted the motion of the government for dismissal without prejudice;
    _____ The court has granted the motion of the defendant for a Judgment of Acquittal;
    _____ A jury has been waived, and the court has found the defendant NOT GUILTY;
    _____ The jury has returned its verdict, finding the defendant NOT GUILTY;
    _____ (Other reason, or reasons, if any);

of the offense(s) of WILLFUL FAILURE TO COMPLY WITH TERMS OF RELEASE UNDER SUPERVISION as charged in count(s) 1-6 of the Information.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage, Alaska, this __6th__ day of August, 2007.

                                                          /s/
                                                          John D. Roberts
                                                          United States Magistrate Judge

[ ]{DISCHARG.WPD*Rev.07/03}